IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| RONALD D. O'NEAL, <br> ADC #128560 <br><br> Plaintiff, <br> v. <br><br> CORIZON HEALTH, INC.; *et al.* <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | No. 5:14CV00291-JJV |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of December, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1